## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Hector A. Mendoza Salinas, et al.

                                  Plaintiff,

v.                                                         Case No.: 1:17–cv–06155
                                                        Honorable Robert W. Gettleman

La Placita Taqueria #2, LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 12/19/2017. By agreement, this case is dismissed with leave to reinstate on or before 1/31/2018. Civil case terminated. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.